An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL,
Appellant,
vs.
CHRISTINE PAPPAS,
Respondent.

No. 62677

**FILED**

APR 11 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from a district court order dismissing a tort action. Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

Having considered appellant's proper person appeal statement and the record on appeal, we conclude that the district court properly declined to enter a default judgment against respondent. *See Jacobs v. Sheriff, Washoe Cnty.*, 108 Nev. 726, 728-29, 837 P.2d 436, 437-38 (1992) (holding that a default judgment cannot be entered until a valid default has been entered); *Opaco Lumber & Realty Co. v. Phipps*, 75 Nev. 312, 314, 340 P.2d 95, 96 (1959) (recognizing that it is the court clerk who must enter a defendant's default and that the clerk does not automatically enter a default simply by virtue of filing a plaintiff's request for a default).

We also conclude that the district court properly granted respondent's motion to dismiss. *Cf. Opaco Lumber*, 75 Nev. at 315, 340 P.2d at 97 (noting that, before a default has been entered, the district court has discretion to deal with an untimely motion as justice may require). Among other reasons, the allegations in the complaint were

14-11743

based solely on respondent's alleged violation of various criminal statutes, which are not proper claims for a civil complaint. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:     Hon. Jerome Polaha, District Judge
        Russell
        Demetras & O'Neill
        Washoe District Court Clerk

_____

[1]To the extent that appellant has raised other arguments on appeal, we conclude that these arguments do not warrant reversal of the district court's dismissal order.